ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Penna Group, LLC | ) ASBCA Nos. 61641-ADR, 61642-ADR |
| | ) 61708-ADR |
| | ) |
| Under Contract No. W9126G-10-C-0009 | ) |

APPEARANCES FOR THE APPELLANT:     Bryant S. Banes, Esq.
                                                        Sean D. Forbes, Esq.
                                                        Robert A. Magnuson, Esq.
                                                          Neel, Hooper & Banes, PC
                                                          Houston, TX

APPEARANCES FOR THE GOVERNMENT:   Michael P. Goodman, Esq.
                                                          Engineer Chief Trial Attorney
                                                        Jennifer M. Dorsey, Esq.
                                                        Blake M. Hedgecock, Esq.
                                                          Engineer Trial Attorneys
                                                          U.S. Army Engineer District, Fort Worth

## ORDER OF DISMISSAL

The dispute has been settled.  These appeals are dismissed with prejudice.

Dated:  April 16, 2024

KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61641-ADR, 61642-ADR, 61708-ADR, Appeals of Penna Group, LLC, rendered in conformance with the Board's Charter.

Dated: April 16, 2024

_for Tammye D. Allett_

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals